UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL SATELLITE SPORTS, INC.,
As Broadcast Licensee of the January 16, 1999
Tyson/Botha Program,

                Plaintiff,

**ORDER**

-against-

02 CV 0096 (RJD)(MDG)

SCOTT ROTHMAN and TIME OUT 500 INC.
d/b/a/ Time Out,

                Defendants.
------------------------------------------------------------X
DEARIE, District Judge.

On July 2, 2002, a default judgment was entered against defendants Scott Rothman and Time Out. The Court referred the matter to Magistrate Judge Marilyn D. Go for a report and recommendation on damages, costs, and attorneys' fees. The Report and Recommendation was issued on March 10, 2005. No objections were filed.

The Court adopts Magistrate Judge Go's recommendation that plaintiff be awarded $1,000 in statutory damages, $3,000 in enhanced damages, $500 in attorneys' fees, and $275 in costs, for a total of $4,775 against defendant Time Out, in all respects without qualification. The Court also adopts Magistrate Judge Go's further recommendation that no damages be awarded against defendant Scott Rothman.

SO ORDERED.

Dated: Brooklyn, New York
      April 23, 2005

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge